UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO.1:24-CV-11296-ADB

| | |
|---|---|
| JANAKIBEN HASAMUKBHAI PATEL, | ) |
| DHINALKUMAR BABULAL PATEL, | ) |
| RITABHEN BABUBHAI PATEL, | ) |
| JIGAR TARUNKUMAR KHAMAR, | ) |
| PINAL JIGARBHAI KHAMAR, | ) |
| KRISHA JIGARBHAI KHAMAR, | ) |
| SANJAYKUMAR SANATKUMAR SHASTRI, | ) |
| ARCHANA SANJAYKUMAR SHASTRI, | ) |
| AMRIK SINGH, AVNEET KAUR, HARPREET KAUR, | ) |
| DATT SHASHIKUMAR JOSHI, | ) |
| VAISHALIBEN SHASHIKUMAR JOSHI, | ) |
| AJIT PRAHLADBHAL PATEL, | ) |
| HEMLATABEN DAYARAM MAHOBIYAM, | ) |
| RAJESHKUMAR BAHECHARBHAI PATEL, | ) |
| CHINTAN ASHVINBHAI PATEL, | ) |
| PLAINTIFFS | ) |
| | ) |
| V. | ) |
| | ) |
| UR M. JADDOU, Director U.S. Citizenship and | ) |
| Immigration Services, DANIEL M. RENAUD, Director | ) |
| U.S. Citizenship & Immigration Services Vermont Service | ) |
| Center, ALEJANDRO N. MAYORKAS, Secretary U.S. | ) |
| Department of Homeland Security, MERRICK B. | ) |
| GARLAND, United States Attorney General, U.S. | ) |
| Department of Justice | ) |
| DEFENDANTS | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiffs, Janakiben H. Patel, Dhinalkumar Patel, Ritabhen B. Patel, Jigar T. Khamar, Pinal J. Khamar, Krisha J. Khamar, Sanjaykumar S. Shastri, Archana S. Shastri, Amrik Singh, Avneet Kaur, Harpeet Kaur, Datt S. Joshi, Vaishaliben S. Joshi, Ajit P. Patel, Hemlataben D. Mahobiyam, Rajeshkumar B. Patel and Chintan A. Patel hereby give notice that this action is voluntarily dismissed against all

Defendants. None of the Defendants have served an answer or motion for summary judgment in this action. Accordingly, Plaintiffs notice voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. 41 (a)(1)(B).

                Respectfully Submitted
                Plaintiffs by Counsel,

*/s/ Sheri F. Murray*
_____
Sheri F. Murray, Esq.
900 Broadway Suite 4
Revere MA 02151
781-289-6200 (T)
781-289-6220 (F)
Sheri5@verizon.net
Dated: October 29, 2024       BBO #657299

## CERTIFICATE OF SERVICE

I , Sheri F. Murray, Esq., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Sheri Murray*
_____
Sheri F. Murray, Esq.
900 Broadway Suite 4
Revere MA 02151
781-289-6200 (T)
781-289-6220 (F)
Sheri5@verizon.net
Dated: October 29, 2024       BBO #657299